USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/31/13__

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

KELLIE GARRIGAN,

                 Plaintiff,

        -against-

RUBY TUESDAY, INC., JEFF GABRIEL,
CHRISTOPHER EDWARDS, and CHUCK
MCGUFF,

                 Defendants.
-----------------------------------------------------------X

**13 CIVIL** 1196 (GBD)

## JUDGMENT

        Whereas the above-captioned case having come before this Court, and the matter having

come before the Honorable George B. Daniels, United States District Judge, and the Court, on July

30, 2013, having rendered its Memorandum Decision and Order granting Ruby Tuesday's motion

to dismiss, dismissing Plaintiff's Title VII claims, declining to exercise supplemental jurisdiction

over the claims that are based on the City Administrative Code, and dismissing the City claims

without prejudice, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Memorandum Decision and Order dated July 30, 2013, Ruby Tuesday's motion to dismiss

is granted; Plaintiff's Title VII claims are dismissed; the Court declines to exercise supplemental

jurisdiction over the claims that are based on the City Administrative Code; the City claims are

dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
       July 31, 2013

                                **RUBY J. KRAJICK**
                                **Clerk of Court**

             **BY:**
                                **Deputy Clerk**

                     **THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____